UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| Addie Gillson v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 3:10-cv-12521-DRH-PMF |
| Bronwyn Giger. v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 3:10-cv-11166-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 29, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
       Deputy Clerk

Dated: January 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.01.30
15:23:32 -06'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT