## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

Addie Gillson v. Bayer HealthCare       No. 3:10-cv-12521-DRH-PMF
Pharmaceuticals Inc., et al.

Bronwyn Giger. v. Bayer HealthCare      No. 3:10-cv-11166-DRH-PMF
Pharmaceuticals Inc., et al.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 29, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:____/s/*Sara Jennings*_____
      Deputy Clerk

Dated:  January 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.01.30
15:23:32 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT